CO-386-online
**FILED** /03

# United States District Court
# For the District of Columbia

OCT 2 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| ERG Transit Systems (USA), Inc. | ) | |
| | ) | |
| | ) | |
| | ) | |
| vs  Plaintiff | ) | Civil Actic  Case: 1:07-cv-01924 |
| | ) | Assigned To : Collyer, Rosemary M. |
| Washington Metropolitan Area | ) | Assign. Date : 10/25/2007 |
| Transit Authority | ) | Description: FOIA/Privacy Act |
| | ) | |
| Defendant | ) | |

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Benjamin J. Lambiotte__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __ERG Transit Systems (USA), Inc.__ which have any outstanding securities in the hands of the public:

ERG, Ltd, an Australian Corporation

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record
Signature

421288
BAR IDENTIFICATION NO.

Benjamin J. Lambiotte
Print Name

1000 Potomac St., N.W., Suite 500
Address

Washington, DC          20007
City          State          Zip Code

(202) 965-7880
Phone Number

2