IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Erg Transit Systems (USA) Inc.
Plaintiff(s)

Case Number: 1:07-cv-01924

vs

Washington Metro Transit Authority
Defendant(s)

## AFFIDAVIT OF SERVICE

I, Mark Simons, hereby certify that on October 25, 2007 at 2:21 PM, I executed service of process upon **TANYA PRICE, DOCKETING MANAGER/LEGAL OF WASHINGTON METROPOLITAN AREA TRANSPORTATION AUTHORITY** at 600 5th Street NW, Washington, DC 20001 by delivering to and leaving with personally, copies of Summons, Complaint, Notice of Right To Consent To Trial Before Magistrate Judge, Initial Electronic Case Filing Order.

Tanya Price is described as a Black Female, approximately 5' 9" tall, 170-180 pounds, Brown eyes, Black hair, and 45 years of age. The undersigned further certifies that my place of business is: 808 L Street SE, Suite B, Washington, DC 20003-3629; that I am 46 years of age, Date of Birth 4/4/1961; and that I am not a party to this action.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on October 26, 2007.

Date October 26, 2007.

_____
Mark Simons

Commonwealth of Virginia, County of Fairfax
Subscribed and sworn to before me on October 26, 2007.

_____

My Commission Expires 05/31/09
Reg. #105386:

Ref.# 79099

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

ERG Transit Systems (USA), Inc.

Plaintiff,

V.

Washington Metropolitan Area Transit Authority

Defendant.

**SUMMONS IN A CIVIL CASE**

CASE 1

Case: 1:07-cv-01924
Assigned To : Collyer, Rosemary M.
Assign. Date : 10/25/2007
Description: FOIA/Privacy Act

TO: (Name and address of Defendant)

Washington Metropolitan Area Transit Authority
600 5th Street, N.W.
Washington, DC  2001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Benjamin J. Lambiotte, Esq.
Garvey Schubert Barer
1000 Potomac Street, N.W.
Suite 500
Washington, DC  2007

an answer to the complaint which is served on you with this summons, within  30 ~~~~~~ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON            OCT 2 5 2007
CLERK                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

  G Served personally upon the defendant. Place where served: _____

  G Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

  G Returned unexecuted: _____

  G Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

  I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

  Executed on _____  _____
        Date      *Signature of Server*

            _____
            *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.