IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERG TRANSIT SYSTEMS (USA), INC., )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>WASHINGTON METROPOLITAN )<br>AREA TRANSIT AUTHORITY, )<br>)<br>  Defendant. )<br>) | Case: 1:07-cv-01924<br>Assigned To: Collyer, Rosemary M.<br>Assign. Date: 10/25/2007<br>Description: FOIA/Privacy Act |

**NOTICE OF ERRATA**

On December 3, 2007, Cubic Transportation Systems, Inc. ("Cubic"), moved to intervene in ERG Transit Systems (USA), Inc. v. Washington Metropolitan Area Transit Authority, Case: 1:07-cv-01924. As required by the Federal Rules, Cubic included in its filing a Proposed Answer. On Paragraph 1 of the Proposed Answer Cubic correctly stated that it is a California Corporation with its principal place of business in California. However, the Proposed Answer's caption incorrectly shows Cubic as a Delaware Corporation. Counsel has just become aware of this error and has attached a copy of the first page of the Proposed Answer reflecting Cubic's correct state of incorporation.

Dated: December 5, 2007

WILEY REIN LLP

_/s/ Rodney H. Glover_

_____
Rodney H. Glover
Bar No. 387257
1776 K Street, N.W.
Washington, DC 20006
Telephone: (202) 719-7381
Facsimile: (202) 974-1426
Email: rglover@wileyrein.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this 5th day of December, 2007 a copy of the foregoing document was served electronically and by first class mail upon the following:

    Benjamin J. Lambiotte, Esq.
    Matthew C. Hoyer, Esq.
    Robert A.W. Boraks, Esq.
    GARVEY SCHUBERT BARER
    1000 Potomac Street, NW
    Fifth Floor
    Washington, DC  20007
    Telephone: (202) 965-7880
    Fax: (202) 965-1729
    Email: blambiotte@gsblaw.com

    Phillip T. Staub, Esq.
    Washington Metropolitan Transit Authority
    600 5th Street, N.W.
    Washington, DC  20007
    Telephone: (202) 962-2555
    Email: pstaub@wmata.com

_____
Rodney H. Glover

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ERG TRANSIT SYSTEMS (USA), INC.,<br><br>Plaintiff,<br><br>v.<br><br>WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY,<br><br>Defendant.<br><br>and<br><br>CUBIC TRANSPORTATION SYSTEMS, INC.,<br><br>A California Corporation,<br><br>5650 Kearny Mesa Road<br>San Diego, CA 92111<br><br>Intervenor/Defendant. | Case: 1:07-cv-01924<br>Assigned To: Collyer, Rosemary M.<br>Assign. Date: 10/25/2007<br>Description: FOIA/Privacy Act |

### PROPOSED ANSWER

Intevenor/Defendant Cubic Transportation Systems, Inc. ("Cubic"), by and through its counsel, hereby answers the Complaint filed in this action by Plaintiff ERG Transit Systems (USA), Inc. as follows:

### INTRODUCTION AND NATURE OF ACTION

Cubic admits that the Complaint purports to seek declaratory and equitable relief to prevent the Washington Metro Area Transit Authority ("WMATA") from disclosing to Cubic documents sought by Cubic under WMATA's Public Access to Records Policy ("PARP"). Cubic denies the remainder of the allegations in the paragraph headed "Introduction and Nature of Action."

1:07-cv-01924RMC