CO-386
Rev. 10/03

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ERG TRANSIT SYSTEMS (USA), INC., )
)
Plaintiff, )
)
v. )   Case: 1:07-cv-01924
)   Assigned To: Collyer, Rosemary M.
WASHINGTON METROPOLITAN )   Assign. Date: 10/25/2007
AREA TRANSIT AUTHORITY, )   Description: FOIA/Privacy Act
)
Defendant. )

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for, Cubic Corporation, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Cubic Corporation, which have any outstanding securities in the hands of the public.
Advanced Combat Training Systems Limited; Consolidated Converting Co.; CTS-Nordic Aktiebolag; Cubic (UK) Limited; Cubic Advanced Tactical Systems. LLC; Cubic Applications, Inc.; Cubic Communications, Inc.; Cubic Corporation; Cubic Data Systems, Inc.; Cubic de Mexico, S.A. de C.V.; Cubic Defence Australia Pty Limited; Cubic Defence New Zealand Limited; Cubic Defence Systems Limited; Cubic Defense Applications, Inc.; Cubic Defense Systems GmbH; Cubic Field Services Canada Limited; Cubic Foreign Sales, Inc.; Cubic Holdings Limited; Cubic Land, Inc.; Cubic Simulation Systems, Inc.; Cubic Transportation Systems (Australia) PTY Limited; Cubic Transportation Systems (Deutschland) GmbH; Cubic Transportation Systems Limited; Cubic Transportation Systems Nordic AS; Cubic Worldwide Technical Services, Inc.; ECC Simulation Ltd.; Oscmar Products Limited; Techno International Limited; Traf-Park Inc.; Traf-Park, Inc.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

*[signature]*

Signature

387257
Bar Identification Number

Wiley Rein LLP
By: Rodney H. Glover
Print Name

1776 K Street, NW
Address

Washington     D.C.          20006
City           State         Zip

(202) 719-4153
Telephone Number

rglover@wileyrein.com
Email