**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ERG TRANSIT SYSTEM (USA), INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WASHINGTON METROPOLITAN AREA )<br>TRANSIT AUTHORITY, )<br>)<br>Defendant, and )<br>)<br>CUBIC TRANSPORTATION SYSTEMS, INC., )<br>)<br>Intervenor Defendant. ) | Case No.07-01924<br>Judge Collyer |

NOTICE OF APPEARANCE

     The clerk of the court will please enter the appearance of Bruce P. Heppen as counsel for defendant, Washington Metropolitan Area Transit Authority.

Respectfully submitted,

**WASHINGTON METROPOLITAN
AREA TRANSIT AUTHORITY**

/s/
Bruce P. Heppen #252171
Associate General Counsel
600 Fifth Street, N.W.
Washington, D. C. 20001
(202) 962-2569
bheppen@wmata.com