## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ERG TRANSIT SYSTEMS (USA), INC.** ) <br><br> **Plaintiff,** ) <br><br> **v.** ) <br><br> **WASHINGTON METROPOLITAN** ) <br> **AREA TRANSIT AUTHORITY** ) <br><br> **Defendant,** ) <br><br> **and** ) <br><br> **CUBIC TRANSPORTATION SYSTEMS,** ) <br> **INC.** ) <br><br> **Intervenor.** ) | **Case No. 1:07-CV-1924** <br> **Judge Rosemary M. Collyer** <br> **Next Scheduled Event: 7/3/08** <br> **Oppositions to Motions for Summary** <br> **Judgment** |

## NOTICE OF ERRATA

This notice of errata is regarding records filed under seal with WMATA's Motion for Summary Judgment on May 30, 2008, and entered as docket no. 23.  In accordance with the Stipulated Protective Order entered in this matter on February 4, 2008, the clerk will please find attached for filing under seal two copies of records and a CD of electronic-format records to replace those filed on May 30.  Since that date, it has come to undersigned counsel's attention that the paper and electronic-format documents for Administrative Record (AR) items 4 and 8 were incomplete.  In addition, the electronic-format Exhibit A, Affidavit of Keysia Thom, was improperly scanned, and other electronic-format documents were misnamed.  As a result, WMATA files under seal the attached correct and complete copies of AR 4 & 8 as well as a replacement CD.  The clerk will please insert these copies of AR 4 & 8 to replace those WMATA filed on May

30, 2008.

Respectfully submitted,

WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY

_____/s/_____
Phillip T. Staub, #442013
Associate General Counsel-WMATA
600 Fifth Street, NW, 2nd Fl.
Washington, D.C. 20001
(202)-962-2555
Attorney for Defendant
pstaub@wmata.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice was served electronically and a cd of the attachments filed under seal was served via first-class mail (being too large to permit electronic transmission), this 19th day of June, 2008, to:

Benjamin J. Lambiotte
Matthew C. Hoyer
Robert A.W. Boraks
Garvey Schubert Barer
1000 Potomac St., NW, 5th Fl.
Washington, D.C. 20007
Attorneys for Plaintiff
blambiotte@gsblaw.com

in addition, a copy of the foregoing Notice was served electronically, this 19th day of June, 2008, to:

Rodney H. Glover
Brian Walsh
Wiley Rein, LLP
1776 K St., NW
Washington, D.C. 20006
Attorneys for Intervenor
rglover@wileyrein.com

_____/s/_____
Phillip T. Staub