IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ERG TRANSIT SYSTEMS (USA), INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:07-CV-1924 |
| | ) | Judge Rosemary M. Collyer |
| WASHINGTON METROPOLITAN | ) | Next Scheduled Event: 7/31/08 |
| AREA TRANSIT AUTHORITY | ) | Reply Deadline |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| CUBIC TRANSPORTATION SYSTEMS, | ) | |
| INC. | ) | |
| | ) | |
| Intervenor. | ) | |

**DEFENDANT'S NOTICE OF FILING UNDER SEAL**

This filing provides notice that on July 3, 2008, Defendant Washington Metropolitan Area Transit Authority ("WMATA") filed its Response to Plaintiff's Statement of Material Facts Not in Dispute and Memorandum of Points and Authorities in Opposition to Plaintiff's Motion for Summary Judgment under seal (the required proposed order was not filed under seal). In accordance with LCvR 5.1(j) of this court, these filings were made in the Clerk's Office during business hours and under seal because they contain Protected Information, as defined in the Stipulated Protective Order entered by this court on February 4, 2008 (docket no. 19), which must be filed under seal pursuant to the requirements of that Order.

Respectfully submitted,

WASHINGTON METROPOLITAN AREA
   TRANSIT AUTHORITY


  /s/
Phillip T. Staub, #442013
Bruce P. Heppen, #252171
Associate General Counsels-WMATA
600 Fifth Street, NW, 2nd Fl.
Washington, D.C. 20001
(202)-962-2555
Attorneys for Defendant
pstaub@wmata.com


### CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Filing Under Seal was served electronically, the 3rd day of July, 2008, to:

Benjamin J. Lambiotte
Matthew C. Hoyer
Robert A.W. Boraks
Garvey Schubert Barer
1000 Potomac St., NW, 5th Fl.
Washington, D.C. 20007
Attorneys for Plaintiff
blambiotte@gsblaw.com

Rodney H. Glover
Brian Walsh
Wiley Rein, LLP
1776 K St., NW
Washington, D.C. 20006
Attorneys for Intervenor
rglover@wileyrein.com


  /s/
Phillip T. Staub